GIOVANNI ZOLEZZI, Appellant, *v.* MASSACHUSETTS BOND-
ING AND INSURANCE COMPANY, Respondent.

(Submitted May 27, 1929; decided June 4, 1929.)

*Benjamin C. Loder* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, on the ground that no under-
taking has been served or filed in accordance with the
statute.